AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| Amanda Smith | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 1:12CV147 |
| Glenville State College, et al | ) | | |
| *Defendant* | ) | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✓ other: The Court directs the Clerk of Court to enter a separate judgment order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge    Irene M. Keeley
The Court Grants the Defendants Daniel Bell, Glenville State College and Jayde Layne's Motions to Dismiss and Dismisses the case.

Date:    Oct 10, 2013                                *Cheryl Dean Riley, Clerk of Court*

                                                     /s/ K. Denny
                                                     *Signature of Clerk or Deputy Clerk*